| 056P17 | Dr. Robert Corwin as Trustee for the Beatrice Corwin Living Irrevocable Trust, on Behalf of a Class of Those Similarly Situated v. British American Tobacco PLC; Reynolds American, Inc.; Susan M. Cameron; John P. Daly; Neil R. Withington; Luc Jobin; Sir Nicholas Scheele; Martin D. Feinstein; Ronald S. Rolf; Richard E. Thornburgh; Holly K. Koeppel; Nana Mensah; Lionel L. Nowell, III; John J. Zillmer; and Thomas C. Wajnet | 1. Def's (British American Tobacco PLC) Motion for Temporary Stay (COA15-1334) 2. Def's (British American Tobacco PLC) Petition for *Writ of Supersedeas* 3. Def's (British American Tobacco PLC) PDR Under N.C.G.S. § 7A-31 4. Gary A. Bornstein's Motion to be Admitted *Pro Hac Vice* 5. Jason M. Leviton's Motion to be Admitted *Pro Hac Vice* 6. W. Andrew Copenhaver's Consent Motion for Leave to Withdraw | 1. Allowed **02/20/2017** 2. Allowed 3. Allowed 4. Allowed 5. Allowed 6. Allowed |
| 064P17 | In re the Appeal by Toney L. Harrell and Harrell's Land Development Co., Inc. v. The Midland Board of Adjustment and the Town of Midland | 1. Petitioners' PDR Under N.C.G.S. § 7A-31 (COA16-646) 2. Respondent's (Town of Midland) Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 2. Dismissed as moot |
| 065P17 | State v. Jeffrey Robert Parisi | 1. State's Motion for Temporary Stay (COA16-635) 2. State's Petition for *Writ of Supersedeas* 3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **02/24/2017** Dissolved **06/08/2017** 2. Denied 3. Denied |
| 067P17 | Robbie Dean Terry, et al. v. State of North Carolina, et al. | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA16-153) 2. Defs' Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 2. Dismissed as moot |